■     In the Matter of the BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK et al., Respondents, v. STATE DIVISION OF HUMAN RIGHTS OF THE STATE OF NEW YORK et al., Appellants.—

Concur — Stevens, P. J., Capozzoli, McGivern, McNally and Eager, JJ.